United States District Court
Southern District of Texas
FILED

JUN 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
BROWNSVILLE DIVISION

INDIAN HARBOR INSURANCE COMPANY, §
       Plaintiff, §
  §
V. §    CIVIL ACTION NO. B-03-100
  §
MAC'S INSULATION CO., INC. §

## LIST OF ENTITIES WITH FINANCIAL INTEREST

COMES NOW Plaintiff Indian Harbor Insurance Company and pursuant to the Order Setting Conference in this cause hereby lists all entities that are financially interested in the present litigation:

    Indian Harbor Insurance Company
    XL Insurance
    Mac's Insulation Co., Inc.
    Victoria Air Conditioning

This list will be supplemented if additional parties are added or additional interested parties identified.

                                          Respectfully Submitted,

                                          SAVRICK, SCHUMANN, JOHNSON & MCGARR

                                          By: _____
                                               Gary N. Schumann, Attorney-in-Charge
                                               State Bar No. 17851930
                                               Camille Johnson
                                               State Bar No. 10686600
                                               Cristina B. McGarr
                                               State Bar No. 00795511
                                               Heritage Square - G
                                               2901 Bee Caves Road
                                               Austin, Texas 78746
                                               Phone: (512) 347-1604
                                               Fax: (512) 347-1676
                                               **ATTORNEYS FOR PLAINTIFF INDIAN HARBOR INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing will be served upon Defendant's counsel of record via certified mail, return receipt requested, immediately upon their making an appearance in this case.

_____
Gary N. Schumann