ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS, BROWNSVILLE DIVISION

INDIAN HARBOR INSURANCE COMPANY

V.

MAC'S INSULATION CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-03-100**

TO: (Name and address of Defendant)

Mac's Insulation Co., Inc.
c/o Edward McCameron
P. O. Box 532191
Harlingen, Texas 78553

United States District Court
Southern District of Texas
FILED

JUN 1 9 2003

Michael N. Milby
Clerk of Court

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary N. Schumann
Savrick, Schumann, Johnson & McGarr
2901-G Bee Caves Road
Austin, Texas 78746

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                                              5-29-03

CLERK                                                         DATE

_____
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

Case No. B-03-100

Came to hand on the 6th day of June, 2003, at 11:15 o'clock a.m.

Service of Summons and Complaint was made by me on June 10, 2003, to the within named Mac's Insulation Co., Inc. by serving Edward McCameron, via U.S.P.S. certified mail, return receipt requested. I am over eighteen (18) years of age and not a party to nor interested in the outcome of the above numbered suit. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this affidavit, the Return of Service and Statement of Service Fees is true and correct

Tod E. Pendergrass
Printed Name of Server

_Joe E. Pendergrass_
Private Process Server
DRLS, Inc.
213 Congress Ave., #200
Austin, Texas 78701

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

Subscribed to before me on the 16th day of June, 2003.



STAR SALAZAR
Notary Public
State of Texas
My Commission Expires
APRIL 27, 2007

_Star Salazar_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. **Sign →**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. **Print →**

1. Article Addressed to:

   Mac's Insulation Co., Inc.
   Attn: EDWARD MCCAMERON
   P.O. Box 532191
   Harlingen, Tx. 78553

2. 7001 2510 0008 0745 4208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Mac Cameron Jr._   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   6-10-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt 3766-SAV   102595-01-M-2509

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE — SEE ATTACHED AFFIDAVIT | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion, then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  52.00 | TOTAL  52.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                      Signature of Server

_____
Address of Server

**OFFICER'S RETURN /ATTACHED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.