IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, § | |
| Plaintiff, § | |
| § | |
| VS. § | C.A. NO. B-03-100 |
| § | |
| MAC'S INSULATION CO., INC., § | |
| Defendant. § | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE DISTRICT COURT JUDGE:

COMES NOW, Plaintiff Indian Harbor Insurance Company and files this its Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

### FACTS

1. Plaintiff is Indian Harbor Insurance Company.

2. Defendant is Mac's Insulation, Inc.

3. On May 27, 2003, Plaintiff filed its Original Complaint and Request for Declaratory Relief.

4. Defendant has not yet filed an answer or otherwise made an appearance in this lawsuit.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any United States statute that requires an order of the Court for dismissal of this case. Pursuant to the Local Rules for The Southern District of Texas, Plaintiff submits a proposed Order of Dismissal herewith.

Page 1

7. Plaintiff has not dismissed an action on or including the same claim or claims as those presented in this suit.

8. This dismissal is without prejudice.

### PRAYER

9. For these reasons, Plaintiff asks that the Court enter an Order:

   a. dismissing this lawsuit without prejudice to refiling same; and

   b. granting all other relief the Court deems proper.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON & MCGARR

By: _____
Gary N. Schumann
State Bar No. 17851930
Southern District Bar No. 16415
Camille Johnson
State Bar No. 10686600
Christina B. McGarr
State Bar No. 00795511
Heritage Square - G
2901 Bee Caves Road
Austin, Texas 78746
Phone: (512) 347-1604
Fax: (512) 347-1676

**ATTORNEY FOR PLAINTIFF
INDIAN HARBOR INSURANCE COMPANY**