IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-03-100 |
| | § | |
| MAC'S INSULATION CO., INC., | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this the 2nd day of October, 2003, came before the Court Plaintiff's Notice of Voluntary Dismissal.

The Court, after examining the pleadings and papers on file in this case, finds that the Notice is well taken and the dismissal is therefore GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this lawsuit is hereby DISMISSED without prejudice to refiling of same.

SIGNED on this 2nd day of October, 2003.

_____
FEDERAL DISTRICT COURT JUDGE

Page 1